December 2, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

RONNIE WILLIAM  COOK, Appellant

NO. 14-14-00735-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately. We further order this decision certified below for observance.